# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DWAYNE ROGERS, #193848**                                            **PLAINTIFF**

v.                                            **CAUSE NO.  1:20-cv-263-LG-RPM**

**MDOC, et al.**                                                      **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order Dismissing Plaintiff's Complaint issued this date and incorporated herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff Dwayne Rogers' § 1983 claim is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915 (e)(2)(B)(i).

**IT IS FURTHER ORDERED AND ADJUDGED** that any habeas corpus claims Plaintiff Dwayne Rogers may be asserting in this § 1983 case are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 9th day of December, 2020.

                                         s/ *Louis Guirola, Jr.*
                                         LOUIS GUIROLA, JR.
                                         UNITED STATES DISTRICT JUDGE